**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRUCE BILLIEU, | ) | NO. ED CV 10-1948-DDP(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| J. MARSHALL, Warden; BOARD OF PAROLE HEARINGS, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Petitioner's requests for an evidentiary hearing and the appointment of counsel are denied; and (2) the Petition is denied and dismissed with prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondents.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: __August 16_, 2011.

    _____
    DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE