**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRUCE BILLIEU, | ) | NO. ED CV 10-1948-DDP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. MARSHALL, Warden; BOARD OF PAROLE HEARINGS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Petitioner's requests for an evidentiary hearing and the appointment of counsel are denied; and (2) the Petition is denied and dismissed with prejudice.

DATED: _August 16, 2011.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE